NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| VALLEY NATIONAL BANK,<br><br>              Plaintiff,<br>   v.<br>BURRINI'S OLDE WORLD MARKET, INC.,<br><br>              Defendant. | Civil Action No.: 22-00919<br><br>**ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court upon the motion to remand filed by plaintiff Valley National Bank, pursuant to 28 U.S.C. § 1452(b). ECF No. 11. Sussex Randolph Building, LP ("Sussex"), which is not a named party to this action but had removed the underlying action on grounds that it is related to Sussex's pending bankruptcy proceedings, opposed the motion to remand. ECF No. 13. On July 29, 2022, Magistrate Judge Andre M. Espinosa issued a Report and Recommendation, recommending that the case be remanded to state court. ECF No. 18 (the "R&R"). Sussex subsequently filed objections to Judge Espinosa's R&R on August 12, 2022. ECF No. 19. Valley National Bank filed a brief in support of Judge Espinosa's R&R (ECF No. 20) and Sussex replied (ECF No. 21). The Court decides this matter without oral argument pursuant to Federal Rule of Civil Procedure 78.

For the reasons set forth in the accompanying Opinion,

**IT IS** on this 25th day of October 2022,

**ORDERED** that Magistrate Judge Espinosa's R&R (ECF No. 18) is adopted; it is further

**ORDERED** that Valley National Bank's motion to remand this case to the Superior Court (ECF No. 11) is GRANTED; and it is further

**ORDERED** that the Clerk of the Court is directed to CLOSE this case.

**SO ORDERED.**

*s/ Claire C. Cecchi*
_____
**CLAIRE C. CECCHI, U.S.D.J.**
